**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JIMMY DOYLE BUMGARDNER, JR.
ADC # 103669                                                                                                    PLAINTIFF

V.                                         5:08CV00107 WRW/JFF

SHARON CARTER, Mailroom Supervisor, Maximum
Security Unit, Arkansas Department of Correction; and
LARRY MAY, Deputy Director, Arkansas Department of Correction             DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. This dismissal constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 20th day of May, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE